# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

HERBERT WILKINS,

       Petitioner,

  v.

KEVIN HAYDEN, Secretary of
Wis. DHFS, or, his Successor,

       Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-264-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is DISMISSED WITH PREJUDICE against respondent.**

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel
_____
**by Deputy Clerk**

7/14/08
_____
Date